# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| PLAINTIFF (S) | ) | Case Number_____ |
| | ) | |
| Kenneth Ralph Fry | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| DEFENDANT (S) | ) | **COMPLAINT** |
| John Doe, et al | ) | |
| | ) | |
| YOUTUBE ( *dallasmatt30* | ) | |
| USER    ( *youareretarded1* | ) | |
| NAME    ( *ImKenFry* | ) | |
| | ) 28:1332lb Diversity-Libel, Assault, Slander | |

**At this time it is unclear if there are multiple defendants, or one defendant under different usernames.**

•••

Comes now the Plaintiff; Complaining that during a period from February 2008 thru April 2008; With malice, forethought, and the intent to cause the plaintiff injury, the Defendant(s) did conspire to injure the plaintiff by posting on the world wide public form (*YouTube*); libelous, and defamatory statements concerning the plaintiffs appearance on the video (*Nervous Kojak Clone Betrayed By Brainless Rednecks 1&2*).
http://www.youtube.com/watch?v=jt2vo0fX6Nc

•••

28:1332lb Diversity-Libel, Assault, Slander

•••

The Plaintiff prays for relief in the amount of ten million United States Dollars ($10,000,000.00) for, defamation of character, emotional distress, and potential loss of income caused by the Defendant(s) actions.

Pro Se; Kenneth Ralph Fry,
    3701 2nd St. #347
    Coralville, Iowa 52241
    (319) 330-6162

24 April 2008
KRFry

(This form is intended to be used by persons who are not represented by an attorney. The form should NOT be used by a prisoner who is filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983. A separate form is obtainable for prisoners.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

_Kenneth Ralph Fry_

_____

_____

_____

(Enter above the FULL name of each plaintiff in this action)

vs.                                         COMPLAINT

_John Doe; et al_
_dallasmatt30_         ⎫
_yosareretarded1_      ⎬ youTube subscriber
_ImKenFry_             ⎭

(Enter above the FULL name of each defendant in this action)

**Parties**
(In item A below, place your name in the first blank and place your present address and phone number in the second blank. In the third blank write the state where your home is ("Home State"). In item B below, do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Kenneth Ralph Fry
    Address & Phone number  3701 2nd St #347, Coralville IA 52241
    Home State  Iowa  (319) 330-6162

B.  Additional Plaintiffs (include addresses, phone numbers and home states)

    _____
    _____
    _____
    _____

(In item C below, place the **FULL** name of the defendant in the first blank place the address and phone number for the defendant in the second blank. In the third blank, write the state in which the defendant has his/her home. If the defendant is a corporation, list the location of its home office, and the state where it is incorporated, if known. If the defendant is a government agency, simply name it. In item D, do the same for additional defendants, if any.)

C.  Name of defendant _____

    Address & Phone number _____

    Home State _____

D.  Additional Defendants (include addresses, phone numbers and home states)

    _____
    _____
    _____
    _____

**Statement of Claim**

(State here as briefly as possible the **FACTS** of your case. You MUST state EXACTLY what each defendant personally did, or failed to do, which resulted in harm to you. State the date AND place of all events. Attach an extra sheet if necessary, and write the heading "Part II Continued" at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

During a period from February 2008 thru April 2008 the defendant, with malice and forethought and with the intent to inflict emotional distress, posted on the web site (YouTube); libelous and defamatory statements concerning the plaintiffs appearance on the (YouTube) video (Nervous Kojak Clone Betrayal by Brainless Rednecks)

If you know, BRIEFLY state what SPECIFIC law of constitutional provisions defendant(s) violated.)

28:1332 1b Diversity - Libel, Assault, Slander

**Relief**

(State briefly **EXACTLY** what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Judgement for Ten Million ($10,000,000.00) for defamation of character, Emotional distress, potential loss of income.

**Signature(s) of Plaintiff(s)**

Signed this 24 day of April, 2008.

_____          319 330-6162
(Signature of Plaintiff)                  (Area code) Phone Number

Signatures and phone numbers of additional plaintiffs, if any:



Dear Mr Riley,

Mr name is Kenneth Fry, I have recently been the victim of Malicious Libel on the web site you-tube. I would like to sue, but unsure how to go about it. I have included what was written and published.

dallasmatt30 (2 weeks ago) Show Hide
Ken Fry is a Burglar? arrested for theft...and a REGISTERED SEX OFFENDER FOR AN UNDERAGE LITTLE GIRL!!!!!! NASTY FUK THAT SHOULD BE SHOT AND KILLED ON SPOT; He went to Vietnam To BUY a wife cuz hes so ugly he cant even get laid in his own country!!!!!!!! Sick FuK!!!!! LIAR LIAR LIAR

dallasmatt30 (2 weeks ago) Show Hide
Agreed!!!!:! Mr. Fry had MOLESTED little girls in Vietnam!!!! HE IS SICK!!!!!!!! He purchased a wife there cuz hes so ugly he couldn't get laid in his own country!!!!

That's why he was so angry at JJ for what his sentence was for!!! HES A PEDOPHILE!!! LET THE WORLD KNOW!!!!!!!!!!!

dallasmatt30 (2 weeks ago) Show Hide
The plaintif IS a registered SEX OFFENDER who went across seas to purchase a wife in vietnam

He denied to say this on national TV, but he MOLESTS CHILDREN!!!! It just so happened it wasn't on American soil. KEN FRY is a PEDOPHILE! NASTY!!!!!!!!!!!!!!!

Please get back to me as soon as possible to let me know if I have a case.
Thank you for your time.
Sincerely,
Kenneth R. Fry

http://www.youtube.com/watch?v=HVXkdO7Wp0I&feature=related

Yahoo!   My Yahoo!   Mail   Tutorials   More      **Make Y! your home page**      Welcome, **ngylanthi** Sign Out   All-New Mail   Help

**YAHOO! MAIL** Classic      Search: [                    ]   Web Search

Mail   Contacts   Calendar   Notepad            Mail For Mobile - Mail Upgrades - Options

Check Mail | Compose                              Search Mail | Search the Web

Play Games on Yahoo!

Previous | Next | Back to Messages

Delete | Reply ▼ | Forward ▼ | Move... ▼

**Folders** [Add - Edit]

This message is not flagged. [ Flag Message - Mark as Unread ]      Printable View

Inbox (1)
Draft
Sent
Bulk    [Empty]
Trash   [Empty]

**Date:** Thu, 20 Mar 2008 14:29:10 -0700 (PDT)
**From:** "Ken fry" <ngylanthi@yahoo.com>   View Contact Details   Add Mobile Alert
**Subject:** youtube libel
**To:** matt@eells-tronvold.com

**My Folders** [Hide]
bills
brief case

**Search Shortcuts**
My Photos
My Attachments

See your credit score - free

"American Idol" on Yahoo! TV.

30 yr mortgage rates still low

Top Schools for Online Degrees

Dear Matt,
Thank you for your time, a referral will be greatly appreciated.
Sincerely,
Kenneth Fry
dallasmatt30 (2 weeks ago) Show Hide
Ken Fry is a Burglar? arrested for theft...and a REGISTERED SEX OFFENDER FOR AN UNDERAGE LITTLE GIRL!!!!!! NASTY FUK THAT SHOULD BE SHOT AND KILLED ON SPOT; He went to Vietnam To BUY a wife cuz hes so ugly he cant even get laid in his own country!!!!!!!! Sick FuK!!!!! LIAR LIAR LIAR

dallasmatt30 (2 weeks ago) Show Hide
Agreed!!!!:! Mr. Fry had MOLESTED little girls in Vietnam!!!! HE IS SICK!!!!!!!! He purchased a wife there cuz hes so ugly he couldn't get laid in his own country!!!!
That's why he was so angry at JJ for what his sentence was for!!! HES A PEDOPHILE!!! LET THE WORLD KNOW!!!!!!!!!!

dallasmatt30 (2 weeks ago) Show Hide
The plaintif IS a registered SEX OFFENDER who went across seas to purchase a wife in vietnam
He denied to say this on national TV, but he MOLESTS CHILDREN!!!! It just so happened it wasn't on American soil. KEN FRY is a PEDOPHILE! NASTY!!!!!!!
http://www.youtube.com/watch?v=HVXkdO7Wp0I&feature=related

Delete | Reply ▼ | Forward ▼ | Move... ▼
Previous | Next | Back to Messages                              Save Message Text | Full Headers

Check Mail | Compose                              Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

**youareretarded1** (6 days ago)    Reply | Spam    +4

Dude, you are a molestor...everyone on youtube knows. Mail order catalogue bride??? you are one nasty mofo! Seriously, I can see why no American girl wanted you... but still, thats disgusting!!!!

    **jeffie8696** (5 days ago)   Show    Reply | Spam   .5

**youareretarded1** (6 days ago)    Reply | Spam    +4

I never got that! Cant believe ppl are so hard up to actually fly to another country and buy a wife. This dude is ugly!! If I was the last chick on earth I would go lesbo if he was whats left! HAHAHAHA

**youareretarded1** (6 days ago)    Reply | Spam    +4

LOL, I concur!!! He is the ugliest looking thing I seen on tv in awhile! So he really is a molestor?? NASTY!!!! I can see why he would post this and try and defend himself for his criminal record he has.

**ImKenFry** (4 days ago)     Reply | Spam   +2

She was a teenager at the time.

**ImKenFry** (4 days ago)     Reply | Spam   +4

Some people think I'm a sicko for flying to Vientam and picking out a teenager girl to marry. Im only in my 50's!!! And as far as not wanting to mention what I was going to prison for, it's nobodys business. I am just attracted to little girls!!!

**jeffie8696** (4 days ago)     Reply | Spam   -5

Kenneth Ralph Fry is the victim of theft, and fraud perpetrated by ex-law enforcement officer Diane Merks, Craig Shellabarger, Davenport Police Department, and the Scott County District Attorneys Office

**akasha85** (5 days ago)     Reply | Spam   0

Mr. Fry (the plaintiff) seemed emotionally prepared for this case.

**youareretarded1** (5 days ago)     Reply | Spam   +5

I think he does have some regrets... and you are also NASTY for flying to a foreign country to thumb through a catalogue and say .."OK... I'll marry this one" BunchofSICK OFOS you ALL Are with your asian brides. At least they cheat on you and you need to pay them!!!!!

**youareretarded1** (5 days ago)     Reply | Spam   +5

Exactly...no judgement since plaintiff is already a child molestor with ching chong wifey HAHAHAHAHHAHHAHAHHAHAHAH

**youareretarded1** (5 days ago)     Reply | Spam   +4

very very true; HE IS NASTYYYYYYYYYYYYYYYYYY

**youareretarded1** (5 days ago)     Reply | Spam   +4

SSSSOOOOOO NASTY!!!!! MAIL ORDER BRIDE 19 yr old with a 55 yrold............ CHILD MOLESTOR!!!!!!

**youareretarded1** (5 days ago)     Reply | Spam   +4

LIAR! MOLESTER OF CHILDREN!!!!!!

Hello, **jeffie8696**   (0) | Accoun

Videos | Channels | Community | Upload

Favorites | Groups | Friends | Subscribers | Subscriptions

### ImKenFry



**ImKenFry**
Joined: March 27, 2008
Last Login: 1 day ago
Videos Watched 15
Subscribers 0
Channel Views: 27

I'M AN OLD UGLY BALD WHITE MAN LOOKING FOR YOUNG; YOUNGER; YOUNGEST ASIAN FEMALE/SHE-MALE! IM A ASIAPHILE') Note: If you are under 18, sadly I cant date or marry you  But once you hit your 18th birthday, SEND ME A MAIL!!! If you are between 18-19 yrs old, I wanna hear from you NOW!!! If you are over 20, you are tooooo OLD for me, so don't bother!'

Name: **Ken**
Age **58**
I'm NOT into woman, I like 'em YOUNG!!

I love visiting all over Asia, but mostly Indonesia (hmmmmm) and Vietnam (poor girls need lovin too!!!!)
- Check out my favorites list )

In my down time, I enjoy rolling around in my 100 dollar truck picking up youngins (the barely legal ones of course), and setting insects and animals on fire with my coke bottle glasses')

I thought Judge Judy was a man so that's why I said "Yes. SIR" I also like to SLANDER the police department and other authorities whom I directly name almost daily on youtube (although I'm unsure if that's legal .( ) Maybe I'll notify them with a link to view all of my hate propaganda/ slandering to the men and woman in uniform!!(I hope I don't get into more trouble) Message me if you like to see what I say about certain district attorneys and Police departments:)

Hometown **Somewhere close to a "sandbox"**
Country **Thailand**
Occupation **LOL, Im totally unemployed!**
Interests and Hobbies **Teenagers; Hair Club for Men; Worshiping Michael Jackson; I was in Anger Management class, till they kicked me out for yelling and threatening!!Im still ANGRY 'bout that!!!!!!**
Movies and Shows **Judge Judy; anything to do with children; Kojack (the oldies)**
Music **whatever the kids like these days:D**
Books **I can't read**

**Favorites (9)**



**We are Korean girls**
05:50
Added: 10 months ago
From: dsadasadsadasdas
Views: 74,109



**Is my wife just with me for a passport? Lie detector results**
06:17
Added: 5 months ago
From: arsenalfc123
Views: 2,994



**Love Story between a french man and a thai girl**
02:28
Added: 5 months ago
From: buffalox
Views: 40,986



**Thai Brides and the Marriage Agency Rip-off Scam**
05:53
Added: 4 months ago
From: NotanIdiot2
Views: 1,855



**Thai bride**
08:20
Added: 11 months ago
From: farangbuffalo
Views: 7,367



**Why Thai Women marry Foreign Men**
03:35
Added: 1 month ago
From: NotanIdiot2
Views: 3,399

**Friends (1)**

Videos | Channels | Community | Upload

Hello, jeffie8696    (0) | Account | History    | Help | Log Out | Site.
Search

Groups

## youareretarded1

**youareretarded1**
Joined: March 24, 2008
Last Login: 1 day ago
Videos Watched: 2
Subscribers: 0
Channel Views: 13

I EXPOSE PEDOPHILES!!! GOING TO ASIA TO PURCHASE A WIFE IS AS LOW LIFE AS THEY GET!!!

YOU KNOW WHO YOU ARE, KEN!!!!!!!! JUDGE JUDY SAW RIGHT THROUGH YOU!!!! NASTY NASTY NASTY BALD OLD MAN

Age: 22

Country: United States

### Connect with youareretarded1

Send Message
Share Channel
Block User
Add as Friend

http://www.youtube.com/youareretarded1

Case 3:08-cv-00049-CRW-TJS   Document 1   Filed 05/01/08   Page 12 of 12