IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| KENNETH RALPH FRY, | ) | No. 3:08-cv-49-CRW-RAW |
| | ) | |
| Plaintiff, | ) | |
| | ) | RULING ON PLAINTIFF'S |
| vs. | ) | "MOTION FOR EMERGENCY |
| | ) | SUBPOENA FOR DETERMINING |
| JOHN DOE, et al., YOUTUBE | ) | COUNTY RESIDENCE OF |
| USER NAME (dallasmatt30, | ) | DEFENDANT(S)" |
| youareretarded1, ImKenFry) | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is plaintiff's pro se "Motion for Emergency Subpoena for Determining County Residence of Defendant(s)" [3]. Plaintiff alleges the John Doe defendants have made libelous/slanderous comments about him on the YouTube website and requests the Court issue a subpoena to YouTube, an internet website, to disclose their "US Postal code, and e-mail address." The Court views the request as one for issuance of a subpoena duces tecum. The mailing address for YouTube, LLC is Mountainview, California. There is no reason to believe that the documents or information plaintiff seeks are located in this district. A subpoena duces tecum must be issued from the court where the production of information or documents is to be made. Fed. R. Civ. P. 45(a)(2)(C). See Highland Tank & Mfg. Co. v. P S International, Inc., 227 F.R.D. 374, 380 (W.D. Pa. 2005)("district court cannot issue a subpoena . . . to a non-party for the production of documents located in another district," quoting Anderson v.

Government of Virgin Islands, 180 F.R.D. 284, 289 (D.V.I. 1998)). Moreover, while the Complaint refers to the Court's diversity jurisdiction, 28 U.S.C. § 1332(a), the jurisdictional allegations are clearly insufficient. The complaint does not allege, or state a reasonable basis to believe, that the unknown defendants are citizens of states other than Iowa. The Court is reluctant to have its process used to extract information from a provider of electronic services absent some basis to believe it has subject matter jurisdiction.

Motion [3] **denied.**

IT IS SO ORDERED.

Dated this 6th day of May, 2008.

_____
ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE