| | |
|---|---|
| PLAINTIFF (S) ) | Case Number 3:08-CV-00049 |
| Kenneth Ralph Fry ) | |
| Vs. ) | |
| ) | AMENDED |
| DEFENDANT (S) ) | COMPLAINT |
| Matthew P. O'Dea ) | |
|   Also  ( dallasmatt30 ) | |
|   Known ( youareretarded1 ) | |
|   As    ( ImKenFry ) | |
| ) | 28:1332lb Diversity-Libel, Assault, Slander |

Comes now the Plaintiff; Complaining that during a period from February 2008 thru April 2008; Matthew P. O'Dea did with malice, forethought, and the intent to cause the plaintiff injury, post on the world wide public form (*YouTube*); libelous, and defamatory statements concerning the plaintiffs appearance on the video (*Nervous Kojak Clone Betrayed By Brainless Rednecks 1 &2*). http://www.youtube.com/watch?v=jt2vo0fX6Nc

•••
28:1332lb Diversity-Libel, Assault, Slander
•••

The Plaintiff prays for relief in the amount of ten million United States Dollars ($10,000,000.00) for, defamation of character, emotional distress, and potential loss of income caused by the Defendant(s) actions.

Pro Se; Kenneth Ralph Fry,
    3701 2nd St. #347
    Coralville, Iowa 52241
    (319) 330-6162

*KRFy*  07/16/08



**Yahoo!   My Yahoo!   Mail   Tutorials   More**                                   Welcome, **ngylanthi** Sign Out   All-New Mail   Help

# YAHOO! MAIL

Search: [          ]   Web Search

**Top 2 Weight Loss Pills Exposed?**   What Weight Loss Pill Really Works? Experts Strongest Diet Pill Picks.

**Mail   Contacts   Calendar   Notepad**                                          Mail For Mobile - Mail Upgrades - Options

[Check Mail]  [Compose]                               [          ]  [Search Mail]  [Search the Web]

Yahoo! Games - Rack' em up

**Folders** [Add - Edit]
- Inbox (1)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- bills
- brief case

**Search Shortcuts**
- My Photos
- My Attachments

See your credit score - free
Check your Mail on your phone!
Rates as low as 5.5% 30-yr fix
How to become a Teacher, Nurse

Previous | Next | Back to Messages

[Delete]  [Reply]  [Forward]  [Move...]

This message is not flagged. [ Flag Message - Mark as Unread ]            Printable View

**Date:**    Mon, 10 Mar 2008 12:50:19 -0700 (PDT)
**From:**   "Ken fry" <ngylanthi@yahoo.com>   View Contact Details   Add Mobile Alert
**Subject:** Libel & Defamation
**To:**     trif@trif.com

Dear Mr Riley,

Mr name is Kenneth Fry, I have recently been the victim of Malicious Libel on the web site you-tube. I would like to sue, but unsure how to go about it. I have included what was written and published.

dallasmatt30 (2 weeks ago) Show Hide
Ken Fry is a Burglar? arrested for theft...and a REGISTERED SEX OFFENDER FOR AN UNDERAGE LITTLE GIRL!!!!!! NASTY FUK THAT SHOULD BE SHOT AND KILLED ON SPOT; He went to Vietnam To BUY a wife cuz hes so ugly he cant even get laid in his own country!!!!!!!! Sick FuK!!!!! LIAR LIAR LIAR

dallasmatt30 (2 weeks ago) Show Hide
Agreed!!!!:! Mr. Fry had MOLESTED little girls in Vietnam!!!! HE IS SICK!!!!!!!! He purchased a wife there cuz hes so ugly he couldn't get laid in his own country!!!!

That's why he was so angry at JJ for what his sentence was for!!! HES A PEDOPHILE!!! LET THE WORLD KNOW!!!!!!!!!!

dallasmatt30 (2 weeks ago) Show Hide
The plaintif IS a registered SEX OFFENDER who went across seas to purchase a wife in vietnam

He denied to say this on national TV, but he MOLESTS CHILDREN!!!! It just so happened it wasn't on American soil. KEN FRY is a PEDOPHILE! NASTY!!!!!!!!!!!!!!

Please get back to me as soon as possible to let me know if I have a case.
Thank you for your time.
Sincerely,
Kenneth R. Fry

http://www.youtube.com/watch?v=HVXkdO7Wp0I&feature=related

[Delete]  [Reply]  [Forward]  [Move...]



Yahoo! My Yahoo! Mail Tutorials More **Make Y! your home page** Welcome, **ngylanthi** Sign Out All-New Mail Help

YAHOO! MAIL Classic

**Search:** **Web Search**

**Mail** Contacts Calendar Notepad Mail For Mobile - Mail Upgrades - Options

Check Mail | Compose | Search Mail | Search the Web

Play Games on Yahoo!

**Folders** [Add - Edit]

- Inbox (1)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]

- bills
- brief case

**Search Shortcuts**

- My Photos
- My Attachments

See your credit score - free

"American Idol" on Yahoo! TV.

30 yr mortgage rates still low

Top Schools for Online Degrees

Previous | Next | Back to Messages

Delete | Reply | Forward | Move...

This message is not flagged. [ Flag Message - Mark as Unread ] Printable View

**Date:** Thu, 20 Mar 2008 14:29:10 -0700 (PDT)

**From:** "Ken fry" <ngylanthi@yahoo.com> View Contact Details Add Mobile Alert

**Subject:** youtube libel

**To:** matt@eells-tronvold.com

Dear Matt,
Thank you for your time, a referral will be greatly appreciated.
Sincerely,
Kenneth Fry

**dallasmatt30** (2 weeks ago) Show Hide
Ken Fry is a Burglar? arrested for theft...and a REGISTERED SEX OFFENDER FOR AN UNDERAGE LITTLE GIRL!!!!!! NASTY FUK THAT SHOULD BE SHOT AND KILLED ON SPOT; He went to Vietnam To BUY a wife cuz hes so ugly he cant even get laid in his own country!!!!!!!! Sick FuK!!!!! LIAR LIAR LIAR

**dallasmatt30** (2 weeks ago) Show Hide
Agreed!!!!:! Mr. Fry had MOLESTED little girls in Vietnam!!!! HE IS SICK!!!!!!!! He purchased a wife there cuz hes so ugly he couldn't get laid in his own country!!!!
That's why he was so angry at JJ for what his sentence was for!!! HES A PEDOPHILE!!!
LET THE WORLD KNOW!!!!!!!!!!

**dallasmatt30** (2 weeks ago) Show Hide
The plaintif IS a registered SEX OFFENDER who went across seas to purchase a wife in vietnam
He denied to say this on national TV, but he MOLESTS CHILDREN!!!! It just so happened it wasn't on American soil. KEN FRY is a PEDOPHILE! NASTY!!!!!!!!
http://www.youtube.com/watch?v=HVXkdO7Wp0I&feature=related

Delete | Reply | Forward | Move...

Previous | Next | Back to Messages Save Message Text | Full Headers

Check Mail | Compose | Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

**youareretarded1** (6 days ago)         Reply | Spam   +4

Dude, you are a molestor...everyone on youtube knows. Mail order catalogue bride??? you are one nasty mofo! Seriously, I can see why no American girl wanted you... but still, thats disgusting!!!

    **jeffie8696** (5 days ago)  Show     Reply | Spam   -6

**youareretarded1** (6 days ago)         Reply | Spam   +4

I never got that! Cant believe ppl are so hard up to actually fly to another country and buy a wife. This dude is ugly!! If I was the last chick on earth I would go lesbo if he was whats left! HAHAHAHA

**youareretarded1** (6 days ago)         Reply | Spam   +4

LOL, I concur!!! He is the ugliest looking thing I seen on tv in awhile! So he really is a molestor?? NASTY!!!! I can see why he would post this and try and defend himself for his criminal record he has.

**imKenFry** (4 days ago)
She was a teenager at the time.

**imKenFry** (4 days ago)
Some people think I'm a sicko for flying to Vientam and picking out a teenager girl to marry. Im only in my 50's!!! And as far as not wanting to mention what I was going to prison for, it's nobodys business. I am just attracted to little girls!!!

**jeffie8596** (4 days ago)
Kenneth Ralph Fry is the victim of theft, and fraud perpetrated by ex-law enforcement officer Diane Merks, Craig Shellabarger, Davenport Police Department, and the Scott County District Attorneys Office

**akasha85** (5 days ago)
Mr. Fry (the plaintiff) seemed emotionally prepared for this case.

**youareretarded1** (5 days ago)
I think he does have some regrets... and you are also NASTY for flying to a foreign country to thumb through a catalogue and say..."OK... I'll marry this one" BunchofSICK OFOS you ALL Are with your asian brides. At least they cheat on you and you need to pay them!!!!!

**youareretarded1** (5 days ago)
Exactly...no judgement since plaintiff is already a child molester with ching chong wifey HAHAHAHAHHAHHAHAHHAHAHAHAH

**youareretarded1** (5 days ago)
very very true; HE IS NASTYYYYYYYYYYYYYYYYYYYY

**youareretarded1** (5 days ago)
SSSSOOOOOO NASTY!!!!! MAIL ORDER BRIDE 19 yr old with a 55 yrold............ CHILD MOLESTOR!!!!!!

**youareretarded1** (5 days ago)
LIAR! MOLESTER OF CHILDREN!!!!!!

Hello, jeffie8696    (0) | Accoun

Videos | Channels | Community | Upload

Favorites  |  Groups  |  Friends  |  Subscribers  |  Subscriptions

**ImKenFry**



**ImKenFry**
Joined March 27, 2008
Last Login: 1 day ago
Videos Watched: 15
Subscribers: 0
Channel Views: 27

I'M AN OLD UGLY BALD WHITE MAN LOOKING FOR YOUNG, YOUNGER, YOUNGEST ASIAN FEMALE/SHE-MALE' IM A ASIAPHILE ) Note: If you are under 18, sadly I cant date or marry you. But once you hit your 18th birthday, SEND ME A MAIL!!! If you are between 18-19 yrs old, I wanna hear from you NOW!!! If you are over 20, you are tooooo OLD for me, so don't bother!!

Name: **Ken**
Age: **58**
I'm NOT into woman, I like 'em YOUNG!!

I love visiting all over Asia, but mostly Indonesia (hmmmmm) and Vietnam (poor girls need lovin too!!!!) - Check out my favorites list:)

In my down time, I enjoy rolling around in my 100 dollar truck picking up youngins (the barely legal ones of course), and setting insects and animals on fire with my coke bottle glasses.)

I thought Judge Judy was a man so that's why I said "Yes, SIR" I also like to SLANDER the police department and other authorities whom I directly name almost daily on youtube (although I'm unsure if that's legal ( ) Maybe I'll notify them with a link to view all of my hate propaganda/ slandering to the men and woman in uniform!!(I hope I don't get into more trouble) Message me if you like to see what I say about certain district attorneys and Police departments.)

Hometown: **Somewhere close to a "sandbox"**
Country: **Thailand**
Occupation: **LOL, Im totally unemployed!**
Interests and Hobbies: **Teenagers; Hair Club for Men; Worshiping Michael Jackson; I was in Anger Management class, till they kicked me out for yelling and threatening!!Im still ANGRY 'bout that!!!!!!**
Movies and Shows: **Judge Judy; anything to do with children; Kojack (the oldies)**
Music: **whatever the kids like these days:D**
Books: **I can't read**

**Favorites (9)**



We are Korean girls
05:50
Added: 10 months ago
From: dsadasadsadasdas
Views: 74,109



Is my wife just with me for a passport? Lie detector results
06:17
Added: 5 months ago
From: arsenalfc123
Views: 2,994



Love Story between a french man and a thai girl
02:28
Added: 5 months ago
From: buffalox
Views: 40,986



Thai Brides and the Marriage Agency Rip-off Scam
05:53
Added: 4 months ago
From: NotanIdiot2
Views: 1,855



Thai bride
08:20
Added: 11 months ago
From: farangbuffalo
Views: 7,367



Why Thai Women marry Foreign Men
03:35
Added: 1 month ago
From: NotanIdiot2
Views: 3,399

**Friends (1)**

Groups

**youareretarded1**

**youareretarded1**
Joined: March 24, 2008
Last Login: 1 day ago
Videos Watched: 2
Subscribers: 0
Channel Views: 13

I EXPOSE PEDOPHILES!!! GOING TO ASIA TO PURCHASE A WIFE IS AS LOW LIFE AS THEY GET!!!

YOU KNOW WHO YOU ARE, KEN!!!!!!!! JUDGE JUDY SAW RIGHT THROUGH YOU!!!! NASTY NASTY NASTY BALD OLD MAN

Age: 22
Country: United States

**Connect with youareretarded1**

Send Message
Share Channel
Block User
Add as Friend

http://www.youtube.com/youareretarded1

1600 Amphitheatre Parkway

Mountain View, California 94043

# Google

Tel: 650.623.4000

Fax: 650.618.1806

www.google.com

July 8, 2008

**Via Facsimile Only**
**(319) 393-4000**

Matt J. Reilly
Eells & Tronvold Law Offices, P.L.C.
1921 51st Street NE
Cedar Rapids, IA 52402

Re:  *Kenneth Ralph Fry v. Joe Doe, et al.*, United States District Court Northern District of California Case Number 3:08-cv-00049-CRW-RAW Southern District of Iowa, Davenport Division

Dear Mr. Reilly:

Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

Enclosed is the following information regarding the user accounts specified in the Subpoena: Subscriber information for the YouTube accounts Dallasmatt30, youareretarded1, and ImKenFry.

To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Finally, Google requests reimbursement in the amount of $75 ($125 standard production fee minus $50 received) for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (63115-30879) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Darren R. Hubbard
Legal Investigations Support

```
Username: ImKenFry
E-Mail Address: kennethfry40@yahoo.com (confirmed)
User Status: S - Suspended
Signup Date: March 27, 2008, 04:30 AM
Signup IP: 88.160.145.214
First Name: Ken
Last Name:
Country: TH
Postal Code:

All Times are Pacific Time
Google Confidential & Proprietary
```

Username: dallasmatt30

E-Mail Address: dallasmatt30@yahoo.com (confirmed)

User Status: S - Suspended

Signup Date: April 09, 2007, 07:08 PM

Signup IP: 24.155.64.190

First Name:

Last Name:

Country: NE

Postal Code: 94066

All Times are Pacific Time
Google Confidential & Proprietary

```
Username: youareretarded1
E-Mail Address: dallasboi29@hotmail.com (confirmed)
User Status: S - Suspended
Signup Date: March 24, 2008, 11:19 PM
Signup IP: 88.160.145.214
First Name:
Last Name:
Country: US
Postal Code: 94066

All Times are Pacific Time
Google Confidential & Proprietary
```



# Instant E-mail Address Report - July 16, 2008

## Your Report Summary

Order #13184008

**Email Address:** dallasmatt30@yahoo.com

## Report Contents

- Reverse Email Lookup

## Email Report For Dallasmatt30@yahoo.com

**RECORD 1 OF 1**

**NAME:** MATT ODEA
**BACKGROUND REPORT**

**ADDRESS:**
1409 S LAMAR 941
DALLAS, TX
**PROPERTY REPORT**

**What is a Reverse Email Lookup?**

This section lists current and historical records that share the same email address. The Email Address Report can be helpful in providing a consolidated view of matching records for your subject's email address across multiple public and publicly available sources. The name, address and phone number data may provide useful information to help you locate an individual.

# The Coffee Bistro Project

## Matt O'Dea is found!!!

May 11th, 2008 by Matt O'Dea

JESUS H. CHRISSSSSSSST! This site RULEZ!!!!!!!! THANKS DAVE!!!

Damn, where to start.... ok...how 'bout the end part??? I still look cute as ever (haha) and am residing in the south of France with a hotty (married in France)
We live on the Cote D'Azur near 'Nice' 🌀Just when I think I couldn't be happier, up pops this site after I checked an old email addy today! There are WAY TOOOOOO many of you whom I have often thought about these past 20 years, and who I intend to write in the next few weeks (unless you wanna catch me first;) My personal email is "dallasboi29@hotmail.com"

Holy Fuckin Shit.... I'm just in disbelief right now. I miss you guys terribly:(

More soon
Putain....que la vie est trop trop belle à ce point la (Thanks Mrs. Scattini!!) LMAO

This entry was posted on Sunday, May 11th, 2008 at 10:49 am and is filed under Here Is What I Know. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site



- Refinance
- Cash Out Refinance
- Compare Low Rates
- Pay Off Debt
- 30-Year Fixed Rates
- 15-Year Fixed Rates
- 5-Year ARM
- Home Improvement

Current Offers from LendingTree®
$400,000 for $2,453/month* FIXED
$300,000 for $1,848/month* FIXED
$200,000 for $1,232/month* FIXED

*Terms and Conditions Apply



Welcome kenneth fry
Click here to purchase a membership!
My Account | Log Out

People Search | Background Check | Criminal Records | Business Ownership | Public Records | Employment Check

## ODEA, MATT in SAN BRUNO, CA
### People Search Report

↻ Run Another Search   🖨 Print Version

People Search Reports contain current and historical records. For more detailed information, click on a name or the "Background Report" button.

Signup for a **PeopleFinders Search Pass** and run People Searches like the one below, on as many people as you like. Sign up today!

| Person | Addresses | Phone Numbers | Related People |
|---|---|---|---|
| 1  MATTHEW P ODEA<br><br>AGE: 37<br>BIRTH DATE: 08/19/1970<br><br>ASSOCIATED NAMES:<br>ADEA, MATT<br>O&APOS;DEA, MATT<br>ODEA, MATT<br><br>[BACKGROUND REPORT ▶] | **ADDRESS 1:**<br>1409 LAMAR ST #608<br>DALLAS, TX 75215<br><br>**ADDRESS 2:**<br>1409 LAMAR ST #850<br>DALLAS, TX 75215<br><br>**ADDRESS 3:**<br>1409 LAMAR ST #941<br>DALLAS, TX 75215<br><br>**ADDRESS 4:**<br>3443 MAHANNA ST #3313<br>DALLAS, TX 75209<br><br>**ADDRESS 5:**<br>3080 SUNSET HILL RD<br>ROCKLIN, CA 95677<br><br>**ADDRESS 6:**<br>3734 WILSON AVE<br>SAN DIEGO, CA 92104<br><br>**ADDRESS 7:**<br>4035 NORMAL ST #4<br>SAN DIEGO, CA 92103<br><br>**ADDRESS 8:**<br>435 CUNNINGHAM WAY<br>SAN BRUNO, CA 94066 | (214) 565-4337 | **RELATIVES:**<br>MICHAEL R ODEA<br>CAROLEE C ODEA<br>CAROL LEE ODEA<br>CAROLEE C ODEA<br><br>**ROOMMATES & ASSOCIATES:**<br>MATT ODEA<br>ROBERT WAYNE BARROW<br>MARSHALL R ANDERSON |

**People Search:** Name | Address | Phone Number | Social Security Number | Email Address
**Background Check:** Comprehensive Background | Criminal Records | Sex Offenders | LA Municipal
**Public Records:** Marriage Records | Divorce Records | Birth Records | Death Records | Bankruptcies & Liens | Unclaimed Money | Property Records
**Business Ownership:** Business Search | Corporation Index | FBN Index | People in Business | Professional Licenses
**Employment Check:** New! Employment Background Check

Home Page | About Us | Careers | Bookmark Peoplefinders.com
Search Tip of the Day Newsfeed | PeopleFinders News | Help | Privacy Policy | Terms of Use | Site Map | Affiliates
Copyright © 2002-2008 PeopleFinders.com. All Rights Reserved. Powered by DataTsunami™

