IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| KENNETH RALPH FRY, | ) | No. 3:08-cv-49-CRW-RAW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONCERNING |
| vs. | ) | PLAINTIFF'S MOTION FOR |
| | ) | SERVICE EXTENSION AND |
| MATTHEW P. O'DEA, | ) | SERVICE BY U.S. MARSHAL |
| | ) | |
| Defendant. | ) | |

Before the Court is plaintiff's *pro se* "motion for service extention & service by U.S. Marshall" [9]. Plaintiff has been permitted to proceed *in forma pauperis* in this case. Before directing service in the manner requested by plaintiff, within ten (10) days plaintiff should file a written report describing the efforts he has made to obtain service on defendant, including by the means described in Fed. R. Civ. P. 4(d).

IT IS SO ORDERED.

Dated this 2d day of September, 2008.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE