⚜AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN        District of        IOWA

08 NOV -3 AM 9: 12

KENNETH RALPH FRY,
Plaintiff,

SOUTHERN DISTRICT OF IA

## SUMMONS IN A CIVIL ACTION

V.

MATTHEW P. O'DEA,
Defendant.

CASE NUMBER: 3:08-cv-49

TO: (Name and address of Defendant)

    Mr. Matthew P. O'Dea
    4516 Mountaingate Drive
    Rocklin, CA 95765-269

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kennth Ralph Fry
    3701 - 2nd Street
    #347
    Coralville, IA 52241

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                                     9/9/2008

CLERK                                                            DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  OcT 24, 2008 |
| NAME OF SERVER (PRINT)  DAVID Gump | TITLE  Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MR. O'DEA (FATHER)

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  35.10 | SERVICES  90.00 | TOTAL  125.10 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  OcT 24, 2008         David Gump
                 Date                Signature of Server

                                    U.S. Marshals Sacramento
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| KENNETH RALPH FRY, | ) | No. 3:08-cv-49-CRW-RAW |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | PLAINTIFF'S MOTION FOR |
| | ) | SERVICE EXTENSION AND |
| MATTHEW P. O'DEA, | ) | SERVICE BY U.S. MARSHAL |
| | ) | |
| Defendant. | ) | |

Before the Court is plaintiff's *pro se* "motion for service extention (sic) & service by U.S. Marshall (sic)" [9]. Plaintiff has been permitted to proceed *in forma pauperis* in this case and as directed by the Court has described the efforts he has undertaken to obtain service on defendant. Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(2), the U.S. Marshal is directed to serve a copy of the summons and complaint in this case on defendant **Matthew P. O'Dea, 4516 Mountaingate Drive, Rocklin, CA, 95765-5269** and file proof of service with the Court as provided in Fed. R. Civ. P. 4(l). The time limit for service on defendant is extended to **December 1, 2008**.

IT IS SO ORDERED.

Dated this 9th day of September, 2008.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE