UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

        Plaintiff

v

        AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER:

        Defendant

    JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:                                       CLERK, U.S. DISTRICT COURT

                                                               _____

                                                               By: Deputy Clerk