# United States District Court
# Southern District of Iowa

Date:

**RE:**

Dear Counsel of Record:

In regard to the above-captioned case in which litigation, has now been concluded, Local Rule 83.7(g) requires that exhibits be withdrawn.  You are requested to withdraw the materials in accordance with this rule.

If the above-noted items are not withdrawn within 30 days from the date of this notice, exhibits will be disposed of as the Clerk may direct.  You may contact Lisa or Francisco should you have any questions or concerns at 515-284-6248.


Sincerely,



Deputy Clerk