RECEIVED
JUN 26 2017
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

KENNETH RALPH FRY,

    Plaintiff,

v.

MATTHEW P. O'DEA,

    Defendant.

Case No. 3:08-cv-49

### ASSIGNMENT OF JUDGMENT

KENNETH RALPH FRY (the *"Assignor"*), for good and valuable consideration, the receipt of which is hereby acknowledged, assigns that certain Amended Final Judgment in a Civil Case [ECF No. 40] (the *"Judgment"*) to LAWRENCE E. PECAN (the *"Assignee"*) and states as follows:

1. The Judgment was entered on May 14, 2010, in the amount of $25,000.00.

2. No payments have been made, and thus the principal balance of $25,000.00 plus postjudgment interest remains due and owing.

3. The Assignor, is the holder of the Judgment and assigns it *in toto*, to the Assignee, Lawrence E. Pecan, 1417 Tangier St, Coral Gables FL, 33134.

_____
Kenneth Ralph Fry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

KENNETH RALPH FRY,

    Plaintiff,

v.

MATTHEW P. O'DEA,

    Defendant.

Case No. 3:08-cv-49

## **CERTIFICATE OF SERVICE**

LAWRENCE E. PECAN (the *"Assignee"*) hereby certifies that a true and correct copy of the Assignment of Judgment was served upon the Defendant, Matthew P. O'Dea by U.S. Mail to 5158 WEDGEWOOD WAY, ROCKLIN, CA 95765-5056 on June 23, 2017.

Respectfully submitted,

_____
Lawrence E. Pecan, Assignee
Judgment Creditor, *pro se*
1417 Tangier St.
Coral Gables FL 33134
+1.352.281.1185
LPecan@gmail.com

Lawrence E Decan
1417 Tangier St
Coral Gables FL 33134

23 JUN 2017 PM 3 L



CLEARED BY U.S.M.S.

Clerk of the United States District Court
US District Courthouse
123 E. Walnut St.
Des Moines IA 50309

50309-208499