RECEIVED
JUL 3 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENNETH RALPH FRY, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:08-cv-49 |
| ) | |
| v. ) | |
| ) | |
| MATTHEW P. O'DEA, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR AN ORDER DIRECTING THE CLERK TO (1) UPDATE THE CAPTION OF THE CASE; AND (2) TO PROVIDE THE PRO SE ASSIGNEE WITH A CM/ECF LOGIN**

LAWRENCE E. PECAN (the *"Assignee"*) moves for the entry of an Order directing the Clerk to (1) update the caption of the case; and (2) to provide the *pro se* assignee with a CM/ECF login, and states as follows:

1. On June 22, 2017, the Plaintiff in this action assigned the judgment to Assignee, and such Assignment of Judgment was filed with the Court [ECF No. 42].

2. Accordingly, the caption of the case should be updated to reflect the caption of *Lawrence E. Pecan v. Matthew P. O'Dea*.

3. Pursuant to LR 5A(c), which permits the clerk to grant CM/ECF filing privileges to *pro se* parties, the Assignee also requests that he be granted a CM/ECF login for use in prosecuting this case. This will aid the Court and the parties, and minimize administrative burden on the Court attendant with paper filings.

Remainder of Page Intentionally Left Blank

WHEREFORE, Assignee requests the Court enter an Order (A) directing the Clerk to (1) update the caption of the case; and (2) to provide the *pro se* assignee with a CM/ECF login, and (B) granting such other and further relief as is just and appropriate.

Respectfully submitted,

Lawrence E. Pecan, Assignee
Judgment Creditor, *pro se*
1417 Tangier St.
Coral Gables FL 33134
+1.352.281.1185
LPecan@gmail.com

### CERTIFICATE OF SERVICE

The Assignee hereby certifies that a true and correct copy of the foregoing was served upon the Defendant, Matthew P. O'Dea by U.S. Mail to 5158 WEDGEWOOD WAY, ROCKLIN, CA 95765-5056 on June 23, 2017.

Respectfully submitted,

Lawrence E. Pecan