UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENNETH RALPH FRY, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:08-cv-49 |
| ) | |
| v. ) | |
| ) | |
| MATTHEW P. O'DEA, ) | |
| ) | |
| Defendant. ) | |

**ORDER DIRECTING THE CLERK TO (1) UPDATE THE CAPTION OF THE CASE; AND (2) TO PROVIDE THE PRO SE ASSIGNEE WITH A CM/ECF LOGIN**

THIS MATTER came before the Court upon the motion [ECF No. 43] (the *"Motion"*) of LAWRENCE E. PECAN (the *"Assignee"*) for the entry of an Order directing the Clerk to (1) update the caption of the case; and (2) to provide the *pro se* assignee with a CM/ECF login. The Court, having considered the Motion, the assignment filed at ECF No. 42, the case file, and having found good cause showing to grant a login to the Assignee, ORDERS as follows.

1. The Motion is GRANTED.

2. The clerk shall update the caption of the case to reflect the caption of *Lawrence E. Pecan v. Matthew P. O'Dea*.

3. The clerk shall, pursuant to LR 5A(c), which permits the clerk to grant CM/ECF filing privileges to *pro se* parties, provide to the Assignee a CM/ECF login for use in prosecuting this case.

IT IS SO ORDERED

Dated this ____ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE