Pecan
1417 Tangier St
Coral Gables FL 33134

Clerk of the Court
US District Courthouse
131 E. 4th Street
Davenport, IA 52801